# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                             :         Chapter  7

Darlene Harris
                                                  :
        Debtor(s)

                                                  :         Bankruptcy No.   23-10014-mdc


### NOTICE IS HEREBY GIVEN:

To the Lessor and Debtor(s)

1. Attached is a certified copy of the docket in the above matter as required by 11 U.S.C. §362 (l)(4)(B).

2. The docket reflects that a Certification pursuant to 11 U.S.C. §362 (l)(1) or (2)

    ☐     has not been filed by the debtor(s).
    ☐X    has been filed by the debtor(s).

3. 11 U.S.C. §362 (l)(4)(A) states that subsection (b)(22) shall apply immediately upon failure to file such Certification.


Dated: February 14,2023

                                                            FOR THE COURT

                                                            TIMOTHY B. MCGRATH
                                                            CLERK

Lessorntc
(Rev 4/30/19)