FeeDueINST

# U.S. BANKRUPTCY COURT
## Eastern District of Pennsylvania (Philadelphia)
## Bankruptcy Petition #: 23-10014-mdc
### Internal Use Only

| | |
|---|---|
| *Assigned to:* Chief Judge Magdeline D. Coleman | *Date filed:* 01/05/2023 |
| Chapter 7 | *341 meeting:* 03/06/2023 |
| Voluntary | *Deadline for filing claims (govt.):* 07/05/2023 |
| No asset | *Deadline for objecting to discharge:* 05/05/2023 |
| | ~~*Deadline for financial mgmt. course:* 05/05/2023~~ |

**Debtor**                                          represented by **Darlene Harris**
**Darlene Harris**                                                PRO SE
921 S. 58th St.
Philadelphia, PA 19143
PHILADELPHIA-PA
SSN / ITIN: 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

**Trustee**
**ROBERT W. SEITZER**
1900 Spruce Street
Philadelphia, PA 19103
215-510-7508

**U.S. Trustee**
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
(215)597-4411



A TRUE COPY CERTIFIED
TO FROM THE RECORD
DATED: 2-14-23
ATTEST: Christine Wapner
Deputy Clerk
U.S. Bankruptcy Court

| Filing Date | # | Docket Text |
|---|---|---|
| 01/05/2023 | 1 | Chapter 7 Voluntary Petition for Individual . Receipt Number 0, Fee Amount $0.00 Filed by Darlene Harris. Government Proof of Claim Deadline: 7/5/2023. Matrix List of Creditors due 1/12/2023. Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Due1/19/2023. Means Test Calculation Form 122A-2 - *If Applicable* - Due: 1/19/2023. Schedules AB-J due 1/19/2023. Statement of Financial Affairs due 1/19/2023. Summary of Assets and Liabilities Form B106 due 1/19/2023. Incomplete Filings due by 1/19/2023. (W., Christine) (Entered: 01/05/2023) |
| 01/05/2023 | 2 | Statement of Social Security Number Received. Filed by Darlene Harris . (W., Christine) (Entered: 01/05/2023) |

| | | |
|---|---|---|
| 01/05/2023 | ◕3 | Certificate of Credit Counseling Filed by Darlene Harris . (W., Christine) (Entered: 01/05/2023) |
| 01/05/2023 | ◕4 | Pro Se Statement Filed by Darlene Harris . (W., Christine) (Entered: 01/05/2023) |
| 01/05/2023 | ◕5 | Application to Pay Filing Fee in Installments Filed by Darlene Harris Represented by Self(Counsel). (W., Christine) (Entered: 01/05/2023) |
| 01/05/2023 | ◕6 | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Matrix List of Creditors due 1/12/2023. Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Due 1/19/2023. Means Test Calculation Form 122A-2 - If Applicable due 1/19/2023. Schedules AB-J due 1/19/2023. Statement of Financial Affairs due 1/19/2023. Summary of Assets and Liabilities Form B106 due 1/19/2023. Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (W., Christine) (Entered: 01/05/2023) |
| 01/05/2023 | ◕7 | Initial Statement About an Eviction Judgment Filed by Darlene Harris . (W., Christine) (Entered: 01/05/2023) |
| 01/05/2023 | | (private) Clerk's Office Notes: Initial Statement of Eviction Judgment (Form 101A) filed by Debtor Darlene Harris (related document(s)7). Clerks Office Follow-Up Due: 2/6/2023. (W., Christine) (Entered: 01/05/2023) |
| 01/05/2023 | ◕8 | Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 5). First Installment Payment $84.50 due by 2/5/2023. Second Installment Payment $84.50 due by 3/5/2023. Third Installment Payment $84.50 due by 4/5/2023. Final Installment Payment $84.50 due by 5/5/2023. (W., Christine) (Entered: 01/06/2023) |
| 01/06/2023 | | (private) Notice of Debtor's Prior Filings for debtor Darlene Harris Case Number 08-13100, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 05/12/2008 , Dismissed for failure to make plan payments on 11/06/2008.(Admin) (Entered: 01/06/2023) |
| 01/07/2023 | ◕9 | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 6)). No. of Notices: 1. Notice Date 01/07/2023. (Admin.) (Entered: 01/08/2023) |
| 01/08/2023 | ◕10 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 8)). No. of Notices: 1. Notice Date 01/08/2023. (Admin.) (Entered: 01/09/2023) |
| 01/19/2023 | ◕11 | Debtor Education Financial Management Course Certificate Filed for Debtor. Filed by Darlene Harris . (W., Christine) (Entered: 01/19/2023) |
| 01/19/2023 | ◕12 | Motion to Extend time to To file schedules and statements Filed by Darlene Harris Represented by Self(Counsel). (W., Christine) (Entered: 01/19/2023) |
| 01/19/2023 | ◕13 | Order Granting Motion to Extend Time (Related Doc # 12) Matrix List of Creditors due 2/14/2023. Schedules AB-J due 2/14/2023. Statement of Financial Affairs due 2/14/2023. Summary of Assets and Liabilities Form B106 due |

| | | |
|---|---|---|
| | | 2/14/2023.Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Due 2/14/2023. Means Test Calculation Form 122A-2 - *If Applicable* - Due: 2/14/2023. (W., Christine) (Entered: 01/20/2023) |
| 01/22/2023 | ⦿ 14 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 13)). No. of Notices: 1. Notice Date 01/22/2023. (Admin.) (Entered: 01/23/2023) |
| 02/07/2023 | ⦿ 15 | Schedule A/B Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 16 | Schedule C Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 17 | Schedule D - Creditors Who Hold Claims Secured by Property Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 18 | Schedule E/F: Creditors Who Have Unsecured Claims Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 19 | Schedule G - Executory Contracts and Unexpired Leases Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 20 | Schedule H - Your Codebtors Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 21 | Schedule I - Your Income Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 22 | Schedule J - Your Expenses Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 23 | Statement of Financial Affairs for Individual , Statement of Intent. Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 24 | Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ 25 | Summary of Assets and Liabilities and Certain Statistical Information Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/07/2023 | ⦿ | Receipt of First Installment Payment. Receipt Number 257161, Fee Amount $85.00. (C., Jacqueline) (Entered: 02/08/2023) |
| 02/08/2023 | ⦿ 26 | Matrix List of Creditors Filed. Number of pages filed: 1, Filed by Darlene Harris . (W., Christine) (Entered: 02/08/2023) |
| 02/08/2023 | ⦿ 27 | Name of Trustee assigned to case: SEITZER, ROBERT W. Meeting of Creditors with 341(a) meeting to be held on 3/6/2023 at 09:10 AM Location to be Telephonic. Financial Management Course Certificate Due: 5/5/2023. Last day to oppose discharge is 5/5/2023. (Scheduled Automatic Assignment, shared account) (Entered: 02/08/2023) |

2/14/2023, 9:26 AM

| | | |
|---|---|---|
| 02/10/2023 | ● 28 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 27)). No. of Notices: 4. Notice Date 02/10/2023. (Admin.) (Entered: 02/11/2023) |
| 02/14/2023 | ● 29 | Second Notice to Lessor (AGL Capital Investments,LLC) and Debtor (related document(s)7). (W., Christine) (Entered: 02/14/2023) |